DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH WASHAWITZ,**
Appellant,

v.

**SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D17-1420

[March 15, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Cymonie Rowe, Judge; L.T. Case No. 50-2016-CA-014467-XXXX-MB.

Joseph Washawitz, South Bay, pro se.

Beverly Brewster, Assistant General Counsel, Department of Corrections, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*